UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Patrice Douglas,

                          Plaintiff(s),

v.                                         Case No. 5:15–cv–13588–JCO–EAS
                                         Hon. John Corbett OMeara

SEIU International, et al.,

                          Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion for Summary Judgment – #13
        Motion for Sanctions – #14
        Motion for Summary Judgment – #16

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge John Corbett O'Meara *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies shall be provided directly to chambers as soon as possible.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/W. Barkholz
                                                          Case Manager

Dated: March 22, 2016