UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICE DOUGLAS,

    Plaintiff,

                                       Case No. 15-13588

v.

                                       Hon. John Corbett O'Meara

SEIU HEALTHCARE MI, *et al.*,

    Defendants.

_____/

## **ORDER AWARDING SANCTIONS**

This court granted Defendant Service Employees International Union's motion for sanctions on March 29, 2016. (Docket No. 19.)  The court awarded Defendant its reasonable attorney fees and costs incurred in defending this action. Defendant has submitted an itemization of its fees and costs as well as a declaration in support.  The court has reviewed the hourly rates (from $125 to $225 per hour) as well as the billing records (89.5 hours of attorney and paralegal time) and costs.  Defendant's counsel's hourly rates are at or below what the court has determined to be appropriate local market rates in similar cases.  Likewise, the hours expended are reasonable in light of the work performed and the nature of the case.  The court finds no basis to adjust Defendant's requested fees and costs. Accordingly it will award Defendant sanctions in the amount of $18,403.30 against

Plaintiff's counsel, Angela K. Howell.

    **SO ORDERED.**

                              s/John Corbett O'Meara
                              United States District Judge

Date: June 3, 2016


    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 3, 2016, using the ECF system.

                              s/William Barkholz
                              Case Manager